UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80029-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

MICHAEL RICHARDSON,

Defendant.
_____/

FILED by _____ D.C.

SEP 1 6 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

The Defendant, MICHAEL RICHARDSON, appeared before the Court on September 16, 2011, represented by counsel for a final hearing on violation of supervised release. The Defendant was originally convicted four counts of bank fraud, in violation of 18 U.S.C. § 1344(1). On June 30, 2006, he was sentenced to 71 months in prison and three years of supervised release. The Defendant's supervised release began on May 20, 2011.

The Defendant is now charged with violating his supervised release by (1) failing to refrain from violating the law, in that on May 24, 2011, the Defendant made false statements to obtain property or credit contrary to Florida Statue 817.03; (2) failing to refrain from violating the law, in that on May 24, 2011, the Defendant committed grand theft contrary to Florida Statue 812.014(2)(c)(3); (3) failing to refrain from violating the law, in that on May 24, 2011, the Defendant committed the offense of uttering a forged check contrary to Florida Statue 831.02; (4) failing to refrain from violating the law, in that on June 8, 2011, the Defendant committed the offense of burglary of a conveyance contrary to Florida Statue 810.02(1); (5) failing to refrain from violating

1

the law, in that on June 8, 2011, the Defendant committed the offense of grand theft contrary to Florida Statue 812.0142(c)(1); (6) failing to refrain from violating the law, in that on June 8, 2011, the Defendant committed the offense of theft of a credit card contrary to Florida Statue 817.60(1); and (7) failing to refrain from violating the law, in that on June 8, 2011, the Defendant committed the offense of fraudulent use of a credit card contrary to Florida Statue 816.61.

The Defendant knowingly admits all seven violations and wishes to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admission and find the Defendant guilty of violating his supervised release. The Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 16 day of September, 2011.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE