## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-80029-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
      Plaintiff,

v.

MICHAEL RICHARDSON,
      Defendant.

-------------------------------------------/

### *ORDER ADOPTING REPORT AND*
### *RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the Report

and Recommendations of a United States Magistrate Judge, [DE 38]. Upon consideration, it is

      **ORDERED** and **ADJUDGED** that:

      1. The Magistrate Judge's Report and Recommendations are **adopted**.

      2. A sentencing hearing will be conducted on **Tuesday, October 4, 2011, at 10:30 a.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of

September, 2011.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Samuel J. Smargon
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge